UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke, U.S. District Court Judge

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

STEVIE JUNIOR CORTER,

    Defendant.

Case No. 2:22-cr-163-MKD-1

**PROPOSED CASE MANAGEMENT DEADLINES:**

| | |
|---|---|
| United States' Expert Deadline | May 10, 2024 |
| Defendant's Expert Deadline | June 14, 2024 |
| United States' Rebuttal Expert Deadline | July 10, 2024 |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | August 12, 2024 |
| **PRETRIAL CONFERENCE** | TBD |
| CI identities, and willingness to be interviewed disclosed to Defendant (if applicable) | September 16, 2024 |
| Grand jury transcripts disclosed to Defendant:<br>    Case Agent<br>    ICs (if applicable)<br>    Other Witnesses | September 16, 2024 |
| Exhibit lists filed and emailed to the Court | September 23, 2024 |
| Witness lists filed and emailed to the Court | September 23, 2024 |

PROPOSED CASE MANAGEMENT DEADLINES - 1

| | |
|---|---|
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | September 23, 2024 |
| Exhibit binders delivered to parties and to the Court | September 30, 2024 |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | September 30, 2024 |
| Trial notices filed with the Court | September 30, 2024 |
| Technology readiness meeting (in-person) | September 30, 2024 |
| **JURY TRIAL** | October 7, 2024 |

PROPOSED CASE MANAGEMENT DEADLINES - 2