FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>STEVIE JUNIOR CORTER (1),<br>TAMARA MARIE CORTER (2),<br><br>           Defendants. | No. 2:22-CR-00163-MKD<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS COUNTS 3 AND 4<br><br>**ECF No. 97** |

Before the Court is the United States' Motion to Dismiss with Prejudice, ECF No. 97. The United States moves to dismiss Counts 3 and 4 of the Indictment with prejudice in the interests of justice. *Id.* at 1. Counts 3 and 4 of the Indictment dated November 16, 2022, ECF No. 1, each charge both Defendants with theft of public money, in violation of 18 U.S.C. §§ 641, 2. *Id.* at 1-2. Fed. R. Crim. P. 48(a) allows the United States to dismiss counts of an indictment with leave of court. *See United States v. Garcia-Valenzuela*, 232 F.3d 1003, 1007-08 (9th Cir.

ORDER – 1

2000).  The Court has reviewed the record and the motion and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss with Prejudice, **ECF No. 97**, is **GRANTED**.

    a. **Counts 3 and 4** of the Indictment, ECF No. 1, are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel and the U.S. Probation Office.

**DATED** August 4, 2025.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER – 2