FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVIE JUNIOR CORTER (1), TAMARA MARIE CORTER (2),<br><br>Defendants. | No. 2:22-CR-00163-MKD<br><br>ORDER DENYING DEFENDANTS' JOINT MOTION TO DISMISS COUNTS 1 AND 2 WITH PREJUDICE<br><br>**ECF No. 116** |

Before the Court is Defendant Stevie Junior Corter's (1) and Tamara Marie Corter's (2) Joint Motion to Dismiss Counts 1 and 2 with Prejudice, ECF No. 116. On March 11, 2026, the Court held a hearing on the motion. ECF No. 133. Defendants appeared out of custody. Defendant Stevie Junior Corter (1) was represented by Lorinda Youngcourt. Defendant Tamara Marie Corter (2) was represented by Sandy Baggett. AUSA Earl Hicks and Echo Fastis represented the United States.

The Court has reviewed the motion and the record, heard from the parties, and is fully informed. For the reasons stated on the record at the hearing, the Court

ORDER - 1

denies Defendants' Joint Motion to Dismiss Counts 1 and 2 with Prejudice, ECF No. 116.

Accordingly, **IT IS ORDERED:**

1.    Defendants' Joint Motion to Dismiss Counts 1 and 2 with Prejudice, **ECF No. 116**, is **DENIED**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel

DATED March 12, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2